UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                    )
PROVIDENCE PIERS, LLC,              )
                                    )
         Plaintiff,                 )
                                    )
    v.                              )    C.A. No. 12-532 S
                                    )
SMM NEW ENGLAND, INC.,              )
                                    )
         Defendant.                 )
_____)

**ORDER**

WILLIAM E. SMITH, Chief Judge.

On June 24, 2015, United States Magistrate Judge Patricia A. Sullivan issued a Report and Recommendation ("R&R") in the above-captioned matter (ECF No. 129), recommending that Defendant's motion to enforce a prior order of this Court (ECF No. 117) be granted and Defendant be awarded sanctions in the amount of $21,294. No objections to the R&R were filed, and the time for doing so has passed. Consequently, the R&R is ADOPTED, Defendant's Motion is GRANTED, and Plaintiff is ordered to pay Defendant $21,294, half of which must be paid within thirty (30) days of the date of this order, and the remainder of which must be paid thirty (30) days thereafter.

IT IS SO ORDERED.

/s/ W.E. Smith
_____
William E. Smith
Chief Judge
Date: July 20, 2015