UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
)
PROVIDENCE PIERS, LLC,              )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   C.A. No. 12-532 S
                                    )
SMM NEW ENGLAND, INC.,              )
                                    )
        Defendant.                  )
_____)

**ORDER**

WILLIAM E. SMITH, Chief Judge.

On October 1, 2015, United States Magistrate Judge Patricia A. Sullivan issued a Report and Recommendation ("R&R") in the above-captioned matter (ECF No. 132). The R&R recommends that Defendant's Motion to Strike Glenn Ahlborg as a Witness (ECF No. 121) and Motion to Strike January 23, 2015 Appraisal Report of Plaintiff's Expert Robert A. Ryan (ECF No. 124) (collectively, "Defendant's Motions to Strike") be granted. No objections to the R&R were filed, and the time for doing so has passed. Accordingly, the Court hereby accepts the R&R pursuant to 28 U.S.C. § 636(b)(1). The R&R is hereby ADOPTED, and Defendant's Motions to Strike (ECF Nos. 121 and 124) are GRANTED.

IT IS SO ORDERED.

/s/ W. Smith
_____
William E. Smith
Chief Judge
Date: January 11, 2016